IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEBBIE VINCENT**                                                                                    **PLAINTIFF**

V.                                    **CASE NO. 3:20-CV-133-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Plaintiff Debbie Vincent has moved for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 21) She seeks fees and expenses in the amount of $2,652.72. (*Id*.) The Commissioner does not contest the number of attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (Doc. No. 23)

Because there is no objection to granting attorney's fees and expenses, Ms. Vincent's motion (Doc. No. 21) is GRANTED. The Commissioner is directed to pay the total sum of $2,652.72 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 7th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE